

FILED
CLERK, U.S. DISTRICT COURT

8/27/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    vs.<br><br>$35,820.00 IN U.S. CURRENCY<br>    Defendants.<br>_____<br><br>JINGYI HUO AND<br><br>JUNYI HUO,<br><br>    Claimants. | NO. CV 19-03524-FMO (JCx)<br><br>CONSENT JUDGMENT<br>OF FORFEITURE |

    Plaintiff, the United States of America, and Claimants Jingyi Huo ("Jingyi") and Junyi Huo ("Junyi") (collectively, "Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.  This action was commenced on April 29, 2019.  Notice was given and published in accordance with law.  Claimants filed timely claims seeking the return of the defendant $35,820.00 (the "defendant currency").  Claimants both filed separate claims on June 18, 2019.  No other claims or answers have been filed, and the time for filing claims

1  and answers has expired.  The terms of the parties' agreement are
2  set out below.
3       The Court, having considered the stipulation of the parties,
4  and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND
5  DECREES:
6       1.   The government has given and published notice of this
7  action as required by law, including Rule G of the Supplemental
8  Rules for Admiralty or Maritime Claims and Asset Forfeiture
9  Actions, Federal Rules of Civil Procedure, and the Local Rules of
10 this Court.  Claimant Jingyi, from whom the defendant currency was
11 seized, and Claimant Junyi have agreed to forfeit $35,820.00 in
12 U.S. Currency.  The government has not received any additional
13 claims or answers, and the time for filing claims and answers has
14 expired.  This Court has jurisdiction over the parties and the
15 defendant currency.  Any potential claimants to the defendant
16 currency other than Jingyi and Junyi are deemed to have admitted
17 the allegations of the complaint.  Nothing in this consent
18 judgment is intended or should be interpreted as an admission of
19 wrongdoing by Claimants, nor should this consent judgment be
20 admitted in any criminal proceeding against Claimants to prove any
21 of the facts relied upon to establish reasonable cause for the
22 seizure of the defendant currency.
23      2.   The entirety of the defendant currency (that is,
24 $35,820.00), together with all interest earned by the government
25 on the total amount of defendant currency, is hereby forfeited to
26 the United States, and no other right, title, or interest shall
27 exist therein.  The government is ordered to dispose of the
28 forfeited property in accordance with law.

3. The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

4. Each of the parties shall bear its own fees and costs in connection with the seizure of the defendant currency and this action.

**IT IS SO ORDERED.**


Dated: August 27, 2019                    _____/s/_____
                                          THE HONORABLE FERNANDO M. OTERO
                                          UNITED STATES DISTRICT JUDGE


Prepared by:


NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

     /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America